IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MARTI J. DICUS ) **Debtor(s)** ) ) AMERICREDIT FINANCIAL ) SERVICES, INC. dba GM FINANCIAL ) **Moving Party** ) ) v. ) ) MARTI J. DICUS ) **Respondent(s)** ) ) WILLIAM C. MILLER ) **Trustee** ) ) ) | CHAPTER 13<br><br>Case No.: 16-12584 (MDC)<br><br>**Hearing Date: 2-2-17 at 11:00 AM**<br><br>11 U.S.C. 362 |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about March 3, 2017 in the above matter is APPROVED.

Dated:  March 9, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE