United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marti J. Dicus  
    Debtor

Case No. 16-12584-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 10, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.  
db            +Marti J. Dicus,    355 Lakeview Avenue,    Drexel Hill, PA 19026-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    PNC Bank et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DAVID B. SPITOFSKY    on behalf of Debtor Marti J. Dicus spitofskybk@verizon.net, spitofskylaw@verizon.net  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         THOMAS I. PULEO    on behalf of Creditor    PNC Bank et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
                                                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MARTI J. DICUS )<br>  **Debtor(s)** )<br> ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL )<br>SERVICES, INC. dba GM FINANCIAL )<br>  **Moving Party** )<br> ) | Case No.: 16-12584 (MDC)<br><br>**Hearing Date:  2-2-17 at 11:00 AM** |
| v. )<br> ) | 11 U.S.C. 362 |
| MARTI J. DICUS )<br>  **Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>  **Trustee** )<br> )<br> ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about March 3, 2017 in the above matter is APPROVED.

Dated:   March 9, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE