United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-12584-mdc
Marti J. Dicus                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 1            Date Rcvd: Mar 23, 2017
                Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
db             +Marti J. Dicus,    355 Lakeview Avenue,    Drexel Hill, PA 19026-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    PNC Bank et al... agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DAVID B. SPITOFSKY    on behalf of Debtor Marti J. Dicus spitofskybk@verizon.net,
       spitofskylaw@verizon.net
      JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com,
       jottinger@mesterschwartz.com
      THOMAS I. PULEO    on behalf of Creditor    PNC Bank et al... tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
       Financial mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                                         TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARTI J. DICUS | ) | CASE NO. 16-12584-MDC |
| | ) | |
| Debtor | ) | |
| | ) | |
| EXETER FINANCE CORP. | ) | **HEARING DATE**: |
| Movant | ) | Thursday, February 16, 2017 |
| vs. | ) | 11:00 a.m. |
| | ) | |
| MARTI J. DICUS, | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| Respondent | ) | Robert N.C. Nix Federal Courthouse |
| and | ) | Courtroom # 2 |
| WILLIAM C. MILLER, | ) | 900 Market Street |
| Trustee | ) | Philadelphia, PA 19107 |
| | ) | |

## STIPULATION

COME NOW, this ___ day of _____, 2017, *Marti J. Dicus*, through Debtor's attorney, *David B. Spitofsky, Esquire* and *Exeter Finance Corp.*, ("Exeter") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Relief:

WHEREAS the Debtor owns a 2009 KIA Rondo-4 Cyl. Wagon 4D LX, V.I.N. KNAFG528697246512 ("Vehicle"); and

WHEREAS Exeter filed a Motion for Relief ("Motion") with respect to missed post-petition payments; and

WHEREAS the loan has now matured;

WHEREAS the Debtor and Exeter seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The Debtor will pay off the loan over the next six (6) months, plus pay $481.00 in attorneys fees and costs to the Movant for this Motion.
2. The estimated amount of the payoff of the loan by August 24, 2017 is $3,127.95 plus $481.00 in fees and costs.

3. The Debtor agrees to make monthly payments of $601.50 **beginning** March 24, 2017 for the next six (6) months (with payments due on the twenty-fourth of each month) to pay off the loan in full **from March 24, 2017 through August 24, 2017.**

4. If Debtor shall fail to make to payments under the terms of the Stipulation and Debtor fail to cure said default within ten (10) days after notice by Exeter (or its counsel) of said default, counsel for Exeter may file a Certification of Default with the Court setting forth Debtor's default and Exeter shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362), and Exeter is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law without regard to any future conversion of this matter to a different form of bankruptcy. The Debtor shall be allowed to default and cure such default under this Stipulation one (1) time. Should the Debtor default a second (2nd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and Exeter may file a Certification of Default.

5. In the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtor shall pay all pre-petition arrears and post-petition arrears due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payment in accordance with this paragraph, then Exeter, through counsel, may file a Certification of Default setting forth said failure and Exeter shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and Exeter is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

6. The failure by Exeter, at any time, to issue a Notice of Default or file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Exeter's rights hereunder.

7. This Stipulation is a supplement and in addition to the Contract between the parties and not in lieu thereof.

8. Facsimile signatures shall be accorded the same force and effect as an original

signature, and may be submitted to the Court.

9. It is further Ordered that the fourteen (14) day stay provided by Rule 4001(a)(3) is hereby waived.

BY THE COURT:

_____
Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

**Creditor: Exeter Finance Corp.**
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, Pennsylvania 19107
(267) 909-9036

DATED: 3/16/17

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

**Debtor: Marti J. Dicus**

By Counsel for Debtor: David B. Spitofsky, Esq.

By: _____
David B. Spitofsky, Esq.
Law Office of David B. Spitofsky
Norristown, PA 19401
(610) 272-4555

DATED:

3/21/17
No Objection: _____
TRUSTEE

**\*without prejudice to any trustee rights or remedies**

Please send copies to:

Marti J. Dicus
355 Lakeview Avenue
Drexel Hill, PA 19026

David B. Spitofsky
Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA 19401

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107