United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-12584-mdc
Marti J. Dicus                                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: May 03, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db             +Marti J. Dicus,    355 Lakeview Avenue,    Drexel Hill, PA 19026-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    PNC Bank et al... agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DAVID B. SPITOFSKY    on behalf of Debtor Marti J. Dicus spitofskybk@verizon.net,
       spitofskylaw@verizon.net
      JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com,
       jottinger@mesterschwartz.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank et al... bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    PNC Bank et al... tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
       Financial mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                    TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marti J. Dicus <br>     Debtor <br><br> PNC Bank, National Association <br>     Movant <br>   v. <br> Marti J. Dicus <br>     Debtor <br><br> William C. Miller <br>     Trustee | CHAPTER 13 <br><br> BK NO: 16-12584 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to May 12, 2017.

Dated: May 3, 2017

By the court:

*Magdeline D. Coleman*

Magdeline D. Coleman
United States Bankruptcy Judge