```
                    UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      :     CHAPTER 13   Hearing Date: 06/08/17
                            :                  Time: 11:00 a.m.
                            :                  Place: Courtroom #2
MARTI J. DICUS              :                  U.S. Bankruptcy Ct.
                            :                  900 Market Street
     DEBTOR                 :     NO. 16-12584(MDC) Phila., PA 19107
```

**CERTIFICATE OF SERVICE**

    I, David B. Spitofsky, Esquire, hereby certify that on May 8, 2017 I caused a true and correct copy of the attached Motion to Modify Plan After Confirmation and Notice of Motion, Response Deadline and Hearing Date to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

Frederic J. Baker, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106-0119

Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961