**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MARTI J. DICUS | : | |
| | : | |
| DEBTOR | : | NO. 16-12584 (MDC) |

### CERTIFICATION OF NO RESPONSE

    I, David B. Spitofsky, Esquire, counsel for debtor, hereby certify that of this 24th day of May, 2017, there has been no response or answer regarding Debtor's Motion to Modify Plan After Confirmation pursuant to the Notice of Motion, Response Deadline and Hearing Date, dated and served May 8, 2017.  It is respectfully requested that said Motion to Modify Plan After Confirmation be presented to the Honorable Magdeline D. Coleman as UNCONTESTED.

    I certify under penalty of perjury that the foregoing is true and correct.


Dated: May 24, 2017

                        /s/ David B. Spitofsky
                        David B. Spitofsky, Esquire
                        516 Swede Street
                        Norristown, PA 19401
                        Phone No.: (610) 272-4555
                        Fax No.: (610) 272-2961