UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 06/08/17 |
| | : | | Time: 11:00 a.m. |
| | : | | Place: Courtroom #2 |
| MARTI J. DICUS | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 16-12584(MDC) | Phila., PA 19107 |

## ORDER APPROVING MOTION TO MODIFY PLAN AFTER CONFIRMATION

**AND NOW**, this 8th day of June, 2017, upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is hereby

**ORDERED** that the Motion is **GRANTED** and that Debtor's Second Amended Chapter 13 Plan is hereby approved.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc: David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

Frederic J. Baker, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

Marti J. Dicus
355 Lakeview Avenue
Drexel Hill, PA 19026

All other creditors
And interested parties