United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-12584-mdc
Marti J. Dicus                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: PaulP                   Page 1 of 1                    Date Rcvd: Jun 12, 2017
                                  Form ID: pdf900               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
db             +Marti J. Dicus,    355 Lakeview Avenue,    Drexel Hill, PA 19026-1013
13777166       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    PNC Bank et al... agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DAVID B. SPITOFSKY    on behalf of Debtor Marti J. Dicus spitofskybk@verizon.net,
       spitofskylaw@verizon.net
      JASON BRETT SCHWARTZ     on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com,
       jottinger@mesterschwartz.com
      MATTEO SAMUEL WEINER     on behalf of Creditor    PNC Bank et al... bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    PNC Bank et al... tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
       Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                                    TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13   Hearing Date: 06/08/17 |
| | : | Time: 11:00 a.m. |
| | : | Place: Courtroom #2 |
| MARTI J. DICUS | : | U.S. Bankruptcy Ct. |
| | : | 900 Market Street |
| DEBTOR | : | NO. 16-12584(MDC)  Phila., PA 19107 |

ORDER APPROVING MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this 8th day of June, 2017, upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Motion is GRANTED and that Debtor's Second Amended Chapter 13 Plan is hereby approved.

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:  David B. Spitofsky, Esquire
     516 Swede Street
     Norristown, PA 19401

     Frederic J. Baker, Esquire
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107

     William C. Miller, Esquire
     P.O. Box 1229
     Philadelphia, PA 19105

     Matteo S. Weiner, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532

     PNC Bank, N.A.
     3232 Newmark Drive
     Miamisburg, OH 45342

```
Marti J. Dicus
355 Lakeview Avenue
Drexel Hill, PA 19026

All other creditors
And interested parties
```