United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12584-mdc
Marti J. Dicus                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Aug 25, 2017
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db             +Marti J. Dicus,    355 Lakeview Avenue,    Drexel Hill, PA 19026-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    PNC Bank et al... agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DAVID B. SPITOFSKY    on behalf of Debtor Marti J. Dicus spitofskybk@verizon.net,
         spitofskylaw@verizon.net
        JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com,
         jottinger@mesterschwartz.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank et al... bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    PNC Bank et al... tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
         Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                        TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Marti J. Dicus, | : | |
|            Debtor. | : | Bankruptcy No. 16-12584-MDC |

# O R D E R

      **AND NOW**, David B. Spitofsky (the "Applicant"), counsel to Marti J. Dicus (the "Debtor"), filed an Application for Compensation and Reimbursement of Expenses dated July 8, 2017 (the "Supplemental Application").[1]

      **AND**, pursuant to the Supplemental Application, the Applicant requests the allowance of compensation in the amount of $1,500.00 and the reimbursement of expenses in the amount $0.00 (the "Supplemental Fees").

      **AND**, the Applicant filed a certification that proper service of the Supplemental Application has been made on all interested parties.

      **AND**, the Applicant filed a Certification of No Response dated August 21, 2017.

      **AND**, the Applicant was previously awarded compensation in the amount of $3,500.00 and the reimbursement of expenses in the amount $0.00 pursuant to this Court's Order dated October 6, 2016.[2]

      **AND**, pursuant to the Debtor's Second Amended Chapter 13 Plan filed on May 8, 2017 (the "Plan"),[3] and approved by this Court pursuant to an Order dated June 8, 2017,[4] the Plan provides for payment of attorneys' fees in the total amount of $2,500.00 in addition to $1,000.00, the amount paid to the Applicant prior to the filing of the Debtor's Chapter 13 petition.

---

[1] Bankr. Docket No. 63.

[2] Bankr. Docket No. 23.

[3] Bankr. Docket No. 55.

[4] Bankr. Docket No. 60.

It is hereby **ORDERED** that:

1.    A hearing shall be held on **September 14, 2017, at 11:00 a.m.**, in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA** (the "Show-Cause Hearing"), to consider whether sufficient funds are available to fund payment of the Supplemental Fees through the Debtor's Second Amended Plan. *See, e.g., In re Carter*, Bky. No. 00-75939, 2006 WL 6588999, *3 (Bankr. N.D. Ga. Apr. 14, 2006); *In re McDuffie*, Bky. No. 03-65333, 2005 WL 3108234, *1 (Bankr. D. Md. Feb. 22, 2005).

2.    At the Show-Cause Hearing, the Applicant shall have the written retainer agreement with the Debtor available for review by the court and parties in interest.

Dated: August 25, 2017

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

David B. Spitofsky, Esquire
Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA 19401

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107