# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
                                :
MARTI J. DICUS                  :
                                :
            DEBTOR              :        NO. 16-12584 (MDC)

## ORDER APPROVING COUNSEL FEE

**AND NOW**, this *14th* day of *September* , 2017, upon consideration of the Supplemental Application of David B. Spitofsky, Esquire for Compensation for Post Confirmation Services Payable by the Chapter 13 Trustee (the "Supplemental Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED** that the Supplemental Application is approved in the amount of $1,500.00 and shall be paid to Debtor's(s') counsel as an administrative expense.

BY THE COURT:

HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

Marti J. Dicus
355 Lakeview Avenue
Drexel Hill, PA 19026