United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-12584-mdc
Marti J. Dicus                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW            Page 1 of 2              Date Rcvd: Dec 07, 2017
                              Form ID: pdf900           Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
```
db              +Marti J. Dicus,    355 Lakeview Avenue,    Drexel Hill, PA 19026-1013
13708398       ++AMERICAN FINCO FINANCIAL SERVICES,    9595 SIX PINES DRIVE,    SUITE 8210,
                  THE WOODLANDS TX 77380-1642
                 (address filed with court:   American Finance Company,    121 South McLean Boulevard,   Unit A,
                  South Elgin, IL 60177)
13712787        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
13708399        +Children’s Hosp. of Phila,    P.O. Box 7780-1192,    Philadelphia, PA 19182-0001
13708400         Crozer Keystone Health System,     P.O. Box 8500-6355,    Philadelphia, PA 19178-6355
13708395        +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                  Norristown, PA 19401-4807
13770700        +Exeter Finance Corp.,    P.O. Box 167399,    Irving, TX 75016-7399
13708401        +Exeter Finance Corp.,    P.O. Box 204480,    Dallas, TX 75320-4480
13708402        +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
13708403        +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                  Philadelphia, PA 19106-1538
13708404         Main Line Healthcare,    P.O. Box 8500-4600,    Philadelphia, PA 19178-4600
13711509        +PNC Bank et al,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,    701 Market Street,
                  Suite 5000,   Philadelphia, PA 19106-1541
13708406        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13777166        +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
13708409         Recon Ortho Assoc. II, PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
13708410        +Trumark Financial Credit Union,    1000 Northbrook drive,    Trevose, PA 19053-8430
13708411        +Upper Darby Township,    100 Garrett Road,    Upper Darby, PA 19082-3135
13708412        +Vance Dicus,    355 Lakeview Avenue,    Drexel Hill, PA 19026-1013
13708413        +Verizon Pennsylvania,    500 Technology Drive,    Weldon Springs, MO 63304-2225
13708414       #+Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Dec 08 2017 01:23:12      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2017 01:22:46
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2017 01:22:56      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13750403         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 08 2017 01:23:49
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
13710124        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 08 2017 01:23:48      Exeter Finance Corp.,
                  P.O. Box 201347,    Arlington, TX 76006-1347
13708397        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 08 2017 01:22:47      Frederic J. Baker, Esquire,
                  Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13708405        +E-mail/Text: bankruptcypgl@plaingreenloans.com Dec 08 2017 01:23:12      Plain Green LLC,
                  93 Mack Road,    Suite 600,    P.O. Box 270,    Box Elder, MT 59521-0270
13708407        +E-mail/Text: colleen.atkinson@rmscollect.com Dec 08 2017 01:23:20
                  Receivables Management Systems,    P.O. Box 8630,    Richmond, VA 23226-0630
13708408         E-mail/Text: Supportservices@receivablesperformance.com Dec 08 2017 01:23:18
                  Receivables Performance Mgt.,    P.O. Box 1548,    Lynnewood, WA 98046-1548
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13712945         AmeriCredit Financial Services, Inc. dba GM Financ
cr*             +Exeter Finance Corp.,    P.O. Box 201347,    Arlington, TX 76006-1347
13708396*       +Marti J. Dicus,    355 Lakeview Avenue,    Drexel Hill, PA 19026-1013
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Dec 07, 2017
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   PNC Bank et al... agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor Marti J. Dicus spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JASON BRETT SCHWARTZ    on behalf of Creditor   Exeter Finance Corp. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   PNC Bank et al... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank et al... bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   PNC Bank et al... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTI J. DICUS                                    Chapter 13

                    Debtor            Bankruptcy No. 16-12584-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____7th____ day of ____December____, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-


Debtor:
MARTI J. DICUS

355 LAKEVIEW AVENUE

DREXEL HILL, PA 19026-